AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): Arthur Burnham | | Docket or Case No.: |
| Place of Confinement : Worcester County Jail | Prisoner No.: 0037111 | |
| Petitioner (include the name under which you were convicted) Arthur Burnham | v. | Respondent (authorized person having custody of petitioner) Lewis G Evangelidas State of Massachusetts |
| The Attorney General of the State of: | | |

### PETITION

U.S. DISTRICT COURT
DISTRICT OF MASS.
2020 MAR 24  AM 10: 36
FILED
IN CLERKS OFFICE

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Worcester Superior Court
225 Main St
Worcester Ma 01608

(b) Criminal docket or case number (if you know):  ~~00~~ 1585cr00462

2.  (a) Date of the judgment of conviction (if you know): May 08 ~~2020~~ 2018

(b) Date of sentencing: May 12, 2018

3.  Length of sentence: 3 yrs 1 day ; 18 months

4.  In this case, were you convicted on more than one count or of more than one crime? ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

Explosives
Destruction of Property
Destruction of Property
Burn Personalty

6.  (a) What was your plea? (Check one)

☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)

☑ (2) Guilty            ☐ (4) Insanity plea

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Worcester Superior Court

(b) Docket or case number (if you know):   1585 cr 00462

(c) Result:   Denied (initial-review Collateral Proceeding)

(d) Date of result (if you know):   March 4, 2020

(e) Citation to the case (if you know):   _____

(f) Grounds raised:   Intentional and Egregious Government misconduct Preceded Guilty Plea rendering it invalid; Government Interferance with Faretta defense; Bias Judges; Interference with Compulsory Process by multiple branches of Government in violation of Seperation of Powers.

_____

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court:   filed Notice of Appeal on 03/16/2020

(2) Docket or case number (if you know):   _____

(3) Result:   Pending

_____

(4) Date of result (if you know):   _____

AO 241
(Rev. 01/15)                                                                              Page 4

        (5) Citation to the case (if you know): _____

        (6) Grounds raised: _____

        _____

        _____

        _____

      (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

        If yes, answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

      concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court: <u>Supreme Judicial Court (full Court)</u>

          (2) Docket or case number (if you know): <u>SJC OE 142 (2019); SJC 12792</u>

          (3) Date of filing (if you know): <u>Late 2019</u>

          (4) Nature of the proceeding: <u>Advisory Mandamus (OE 142) 2113 3</u>

          (5) Grounds raised: <u>State Post Conviction under Rule 30(b)</u>
<u>as applied does not Comfort with demands of</u>
<u>DUE Process and Equal Protection Clauses;</u>
<u>Rule 30(b) in Same Court by Same Judges</u>
<u>who must Judge their own misconduct</u>
<u>violates due Process.</u>

          _____

          _____

          _____

          _____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☒ Yes   ☒ No

      (7) Result: <u>Oral Argument</u>

      (8) Date of result (if you know): <u>unknown Result</u>

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes   ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ❏ No

(2) Second petition:   ❏ Yes   ❏ No

(3) Third petition:   ❏ Yes   ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Intentional, egregious Governmental misconduct Proceded Guilty Plea rendering it invalid. Const. Amend. 14

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On 12/06/2017 Judge Kenton-walker aknowlege lawsuits were filed against herself and others. On 12/14/2017 Judge refused to transfer Case, then attacked a Faretta defendant by refusing to docket his Pro-se motions. Subsequently Judge Wrenn recieved Pro-se Omnibus Motion for discovery in Open Court, Service to A.D.A. After reading allowed motion Pro-se Complained his motions were not being docketed. After Sarcasm by Judge Motion was not docketed.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❑   Yes      ❑   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☒ Yes      ❑   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   A.L.M. Rule 30(a) ; 30(b)

Name and location of the court where the motion or petition was filed:

Worcester Superior Court   worcester MA 01608

Docket or case number (if you know):   1885 cr00462

Date of the court's decision:   March 4, 2020

Result (attach a copy of the court's opinion or order, if available):   Denied without

a hearing on merits

(3) Did you receive a hearing on your motion or petition?                     ❑   Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?               ☒ Yes   ❑   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ❑   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   worcester Superior Court

225 Main St Worcester MA 01608

Docket or case number (if you know): _____

Date of the court's decision:   Pending

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:   2 11 3 3

**GROUND TWO:**   Multiple Branches of Government transgressed Seperation of Powers to Coerce a Faratta defendant to

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

abandon his defense. U.S Const Art. 1; Const Amend 6, 14

Judge Wrenn, the assistant Clerk Magistrate and Prosecutor were all informed by Pro-se that the Clerks were not docketing his motions (Kenton-walker also) In Jan-Feb, 2018, Judge Wrenn replied "well we will have to see this gets docketed" (refering to Omnibus Motion for Discovery) Motion was then never docketed after served in open Court

(b) If you did not exhaust your state remedies on Ground Two, explain why:   Under Court Audio.

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   A.L.M Rule 30(a) 30(b)

Name and location of the court where the motion or petition was filed:

Worcester Superior Court

Docket or case number (if you know):   1585 cr 00462

Date of the court's decision:   March 04, 2020

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Worcester Superior Court*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : *all 3 3*

_____

_____

**GROUND THREE:**  *Government interference with self-representation usurped sixth Amendment entitledments to Preserve actual*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Control of the Material he Chooses to Present to the Jury. Const. Amend. 6, and 14*

*Facts: Defendant Presented in open Court in Jan or Feb 2018 a vital Motion for discovery. Court vindictively destroyed motion out of Pecuniary interests.*

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   A L M   Rule 30(a) 30(b)

Name and location of the court where the motion or petition was filed:

Worcester Superior Court

Docket or case number (if you know):   1585 Cr 00462

Date of the court's decision:   March 04 2020

Result (attach a copy of the court's opinion or order, if available):   Denied

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Worcester Superior Court

Docket or case number (if you know):

Date of the court's decision:   Pending

Result (attach a copy of the court's opinion or order, if available):

*13 of 30*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:**  The state has Closed Petitioners Criminal Proceedings from Public inspection and the benifits of

~~(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):~~

Public Scrutiny upon the alleged Judicial, executive Joint misconduct. In doing So has violated Petitioner's Sixth Amendment rights to a fair Pubic trial, First Amendment rights to speech, to hear, to gather information, and transgressed deeply rooted Principles of Due Process which forbid Secret, Closed Criminal Proceedings with inherent dangers to freedom. U.S. Const. Amend 1, 6 and 14

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Information has Just been made aware by APPellant Consel Paul Stewart on March 20, 2020.

See Attachment Facts: Ground Four

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Facts   Grounds   Four :

1. On 04/03/2020 Petitioner Properly Sought to access trial Court Audio with a Completed CD COPY ORDER FORM, Affidavit of Indigency and a Certificate of Service to all Parties.

2. Clerk Magistrate wilfully ignored his duties to Process request to hear the Criminal Proceedings in question.

3. Petitioner repeated request to access Audio or transcripts, as stated in ¶ I in the Same manner, in June 2019 an November 2019.

4. Clerk failed to docket ORDER FORMS.

5. In March 2020, APPellant Counsel Paul Stewart Contacted Clerk to access record, as Audio traditionally Saved on State FTR System was Closed or Unavailable to Public or Attorney access.

state action, ~~~~~~ In an effort to Conceal the foremention e d Judicial misconduct the State has Closed the Petitioner's Criminal Proceedings from Public inspection, ~~and the~~ the benificial effects of Public Scrutiny upon the administration of Justice depriving the Petitioner of his sixth Amendment rights to a fair Public ~~tried~~ judicial Proceedings, and First Amendment rights to hear, gather information to Free Speech, and ~~to~~ a transgressed deeply rooted Principles of Due Process which forbids Closed Criminal trials in view of this nations historic distrust for secret Proceeding,

6.   Attorney Stewart requested dates
of  12/06/2017,   12/14/2017,  **1**/12/2018,  and
02/15/2017.

7. Clerk stated that Petitioner Burnham
( Defendant in 1585cr00462 ) never entered the
Courtroom So there was no Audio and Court
reported apparently never transcribed any
relevant Proceeding because the Case was
never Called.

8. Public Docket report of 01/29/2019
holds otherwise. Petitioner was infact in
Court ARGUING For his discovery, rights to
bail and for a neutral decision Maker.

9. The State has Concealed from Public,
Petitioner and Appellant Cansel the ability to hear
what took Place in a Criminal Proceed alleged
to have violated Bill of Rights and SeP. of Powers.

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I did not have Counsel for Post Conviction (I was denied initial - review Counsel). Rule 30 (b) motion was denied on March 4, 2020. Attorney Stewart informed me on March 19-20, 2020 that he has been blocked from access to Audio or transcripts by Courts Clerks Who State I never entered Courtroom.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☒ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

        _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        _____

        _____

        _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?  ☒ Yes    ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

    of any court opinion or order, if available.  District Court of Massa-

    Chusetts  4: 16 - 40064

    _____

    _____

    _____

    _____

    _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?  ☒ Yes    ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.  SJC 12792, 4:16cv 40064 (CoA) also

    a 2241(a) with First Circuit Appeals is

    Pending.

    _____

    _____

    _____

AO 241
(Rev. 01/15)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: *May 11, 2018*
(c) Give the length of the other sentence: *3 yr 1 day; 8 month*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☒ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*Filed Rule 30(a) in April 2019. Properly Served upon opposing Parties then Amended to Rule 30(b) in May. This Should toll 2244(d) Also In this Case the Denial of access to the record Clearly*

Warrent Equitable Tolling as Facts
in Grounds Four clearly specify the relevant
Portions of the record Sought. An example
of Such Circumstances was articulated
in Harris V Snyder 2002 U. S. Dist. LEXIS
717  C.A. No 98-682 GMS

These are Serious Supremacy Claims
and review is Crucial to the National
Function of one Supreme Law of the
Land.

This is Serious People. Men and
Women through out our Nations History
Sacrificed their lives on Beach Fronts,
Tropical Islands, and the Fields of Europe
& North America to uphold Fundimental
rights recklessly discarded in this
Case. It is the Duty of this Habeas
Court to Give Force and effect to those
Sacrifices on behalf of the United
States Constitution and the republic it stands.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
         custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

    (A)      the date on which the judgment became final by the conclusion of direct review or the expiration
             of the time for seeking such review;

    (B)      the date on which the impediment to filing an application created by State action in violation of
             the Constitution or laws of the United States is removed, if the applicant was prevented from
             filing by such state action;

    (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court,
             if the right has been newly recognized by the Supreme Court and made retroactively applicable to
             cases on collateral review; or

    (D)      the date on which the factual predicate of the claim or claims presented could have been
             discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Without delay call the Jailer to account for Petitioner's Confinement by Producing the transcripts in question and issue the*

or any other relief to which petitioner may be entitled.

*writ freeing Petitioner on their nonCompliance with such orders, before mootness of Custody on*

*May 05, 2020.*

*EOS (with goodtime)   Do Something.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *March 20, 2020* (month, date, year).

Executed (signed) on *03/20/2020* (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

United States District Court

Arthur Burnham

   v.

Lewis G Evangelidas
State of Massachusetts


DECLARATION  IN  SUPPORT OF
TIMELINENESS  OF PETITION AND
WHY A RIGID INTERPRETATION  OF AEDPA
§ 2254(d) " PORTENDS SERIOUS CONSTIT -
UTIONAL CONFLICT WITH FEDERAL COURTS
ARTILLE III POWER" UNDER U.S. CONST ART.
1 § 9 Cl.2 ; ART. VI. Cl 2. AS SOME COURT
MUST DECIDE PETITIONER'S SUPREMACY
CLAIMS


   I, Arthur Burnham, states I am the Petitioner
in the above-entitled Petition for writ of habeas
Corpus. I make this declaration that with force
and frequency I diligently brought my Federal Claims
to the State for Correction. I was blocked and
Stonewalled by delay and unConstitutional Process.

1.   On 03/21/2019 Plaintiff filed ADA damage Claim 1985cr0429c (after first one was obstructed), alleging 28 months of Preventive Detention, and Prosecutor, Clerks Judges interfered with Faretta defense was retaliation under 42 USC § 12203 (a)(b).

2.   On 04/09/2019 Petitioner filed a Post-Conviction motion Under Mass. R. Crim. P. 30(a), alleging the intentional and egregious Gov. misconduct Preceded his guilty Plea and such interference/intimidation was material to his Choice to abandon his defense.

3.   On 04/09/2019 Petitioner filed a motion for discovery Rule 30(c)(3). Material Sought was Courtroom Audio in which would validate Claim that the executive Prosecutor and Judicial Clerks/Judges joined hand and destroyed a vital Faretta motion for discovery Presented in open Court.

4.   On 04/09/2019 Petitioner also Provided the clerk with a Completed CD COPY ORDER FORM, with affidavit of indigency and certificate of Service to opposing Party.

5.   Clerk Magistrate his wilfully failed to Perform his duty Mass R. Crim P. Rule 17A(4)(a). Court Audio vindicates Petitioner's interference Claims and inculpates Prosecutor and Clerks as oath breakers.

6. On 05/30/2019 Petitioner's state Probation was revoked and a short sentence of 18 months, 124 days credit was imposed in violation of the ADA.

7 On 05/30/2019 Petitioner then filed a Post-Conviction motion Mass. R. Crim. P. Rule 30(b) to vacate Plea and enter a dismissal with Prejudice.

8 On 05/30/2019 Petitioner again filed a motion for discovery (court Audio).

9. In early June 2019, Petitioner began to write the Court Clerk requesting copies of the Case file to Pre-Pare a defense, to include CD COPY order form, & COPY of case file.

10. Clerk ignored request for material. No answer to request was discrimination for file ADA Claim of ¶ 1.

11. Petitioner now started Sending Mail to Court-house by Certified delivery. Another Completed CD COPY ORDER FORM requesting relevant dates of Courtroom audio. Again with Affidavit of Indigency and Certificate of Service to oppossing Party.

12. Forms for audio were spoliated by the Court depriving meaningful access and Equal Protection of the laws. Such unfairness has impaired Post-Conviction defense & has implicated the integrity of our adversarial System of Justice

13.   On 06/24/2019 Petitioner filed a motion for full and fair hearings with Specific requests. Motion requested any disputed violations of federal rights and factual issues in the case be resolved in Complete Compliance with the due Process Clause of Const. Amend. 14 and standards set out in 28 USC § 2254(d)(2), §2254(e). See Exibit 25-27. This is delayed by ineffective Process.

14.) Petitioner in above motion requested (a) nuetral decision-maker; (b) No delay; Bail hearing to Protect erroneous deprivation of liberty; (d) Comprehensive Pre-trial documentary field; (e) investig-ator appointed by Court for the indegent Petitioner; (f) Careful Pleadings; (g) motion Practice; (h) evident-iary hearings; and (i) appointment of loyal and effective standby Counsel.

15.   Petitioner began to write Clerks office request-copies of the record to Prepare a defense. Clerks office would send my incomplete Portions of the record, then documenting they were sending copies. see, file ref nbr. 102-105.

16.   Petitioner filed for extraordinary relief with states highest Court. It was denied without a hearing and appeal was obstructed by respondent sheriff. see, file reference nbr 100, 101.

17.   After being beating brutally on 07/05/2019, by respondent Sheriff ( ¶    grounds 1 ), Petitioner was on suicide watch. Having endured over 200 sutures from suicide attempts, Plaintiff requested appointment of Counsel in a Request For Reasonable Accommodation to access the Courts. see APPendix Exhibit 12. Also see file ref nbr. 106.

18.   Petitioner stated he Could no longer endure access barriers erected to discriminate, Purposeful delay, and impead access. Further stating these Court games Putting Petitioner at risk of self harm due to major deppression.

19.   Petitioner with "Force and EFFect" requested appointment of Counsel.

20.   State Judge Kenton - Walker ~~Denied~~ "took no action," stating there is no Case Pending " Complaints appear to be Ciril in nature. No action required". see, file ref nbr. 107.1 (dated 08/05/2019).

21. Petitioner's rule 30(b) Post-Conviction motion is an initial review Collateral Proceeding, so Conveniently no appointment of Counsel, no interactive Process to accommodate disability, as all Proceedure is highly discretionary.

22. Judge Kenton-walker Judged her own cause as its her egregious misconduct resulting in structural errors. Court Audio implicates her as an oath breaker.

23. On 08/16/2019 Petitioner filed for relief in state highest court (SJC) Pursuant to their Constitutional Powers (now in Full Court, # SJC-12792 & 12818).

24. The District Attorney refuses to give me Copies of her Pleadings, erroneouly sending Copies of service to unloyal standby Counsel of original trial Process.

25. Having become aware im Consistently in the dark unable to rebut, I remind Court im a Faretta defendant as allowed on 10/23/2017, file ref nbr 37.

26. Filed was a notice of appearance on 09/27/2019 at file ref nbr. 110. I respectfully request all notice be sent to the County Jail. Twelve days later on 10/09/2019, Court denied Motion for Full and Fair Hearings, and vindictively refused to NOTIFY Petitioner, who could not then appeal. " Court funds are not Provided to indigent Plaintiff's to Prosecute civil claims, or <u>Unsubstantiated</u> Post-Conviction <u>allergations</u>". Id @ file ref nbr. 111

27. On 11/25/2019 ADA Jane Sullivan files an Appendix and Appellee brief in the states highest Court in response to Petition for Extraordinary Relief SJC-12792 at P# 15-16.

28. The ADA vindictively fails to serve this Petitioner at the listed involved Parties address of 5 Paul X Tirman Drive West Boylston MA 01583 (County Jail). see Page 1 of Docket sheet.

29. Erroneously ADA serves her Copy to an old Civilian address.

30. In the states highest Court Petitioner files a motion to Compel Clerk Magistrate to Perform his duties and release recordings as requested by Faretta defendant. See SJC-12792 at P# 18.

31. An Affidavit attached explaining the Conduct of the Magistrate is missing from the record. see, P#18 (12/10/2019).

32. Petitioner studies <u>Finley</u>, <u>Halbert</u> and <u>Coleman v. Thomson's</u> dicta.

33. On 12/24/2019 Petitioner files a Petition for Advisory and or Supervisory Mandamus with the states highest Court. see NO. OE-0142

34. Petitioner request Clarification on whether PostConviction A.L.M. Rule 30(b), as applied to Petitioner is a Direct Appeal or a Collateral Attack. See, Exhibit No. OE-142

35. On 01/13/2020 Petitioner files in the states highest Court; (1) a request for copy of Appellee brief; (2) a motion to Correct miscalculated sentence, as Ive now become aware I was vindictively left in State Prison beyond expiration of Sentence; and (3) a motion for Sanctions and for immediate release on Personal Recognizance Pending resolution of all matters. See, SJC-12792 at P# 20-23.

36. The State highest Court sent only Public docket sheet. They have Previously refused to send me copy of the Userved brief (I requested copy by Phone with Case worker. I was told to request in writing), and refused to Privide copy of brief requested in writing. You see it simple. If Im Provided Court Audio, officials become oath breakers.

37. ALM R. Crim. P. Rule 30 Motion challenging a guilty Plea ... for lack of voluntariness, is the only avenue for appellant review of the validity of the guilty Plea in the state of Massachusetts.

38. Mass. R. Crim. P. 30[, 378 Mass 900 (1979)] has been treated as a collateral Proceeding and request for Discovery, to include transcript is discretionary. Rule 30 (c)(4)

39. As this is Petitioner's direct review as a right to one appeal, he is completely disarmed without benifit of trial transcript, Funds or even appointment of counsel.

40. And Bias Judges with Personal interests are Puposely Cashing in on such discretionary Procedure in Complete disregard for Majority opinion in Halbert V. Michigan, 545 U.S. 605; 125 S. Ct. 2582 (2005).

41. Trial transcript vindicates Supremacy Claims that executive Prosecutor joined hands with Judicial clerks & Judges to Subvert a Faretta defendants Constitution sixth and Fourteenth Amendment rights in open Court. whether delay in obtaining transcripts is on its face inadequate Procedure of Rule 30 or arbitrary inaction, the result is independent due Process and Equal Protection Claim as the Court in its words "bolted the door to equal justice" to indigent Initial-Review defendants in the "one and only appeal of right.

42.  The AEDPA MY not intrude, in an unreasonable manner, upon the Petitioners Constitutional right under Art 1 39 Cl 2, to access to the Writ to meaningfully Challenge the legality of his Confinement Pursuant to a Coerced Plea.

43  Some Court must address the merits of Petitioner Supremacy Claims to include transgressions of Seperation of Powers Doctrine.

Signed Pursuant to 28 usc § 1746, I declare under Penalty of Perjury the Foregoing true and accurate.

03/18/2020

Arthur Buhma